**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JERRY ROSEMIN, §
§
Plaintiff §
v. § Civil Action No. 1:23-cv-00219-PAE
§
FARROW & BALL, INC., § **ORDER TO TRANSFER VENUE**
SARA BROWNSTEIN, and §
MEGHAN FORT, §
§
Defendants. §

Upon consideration of Plaintiff Jerry Rosemin and Defendant Farrow & Ball, Inc.'s Proposed Consent Order to Transfer Venue, the Court hereby ORDERS:

1.      The Proposed Consent Order to Transfer Venue is GRANTED;

2.      Under 28 U.S.C. § 1391(b)(2) and 42 U.S.C. § 2000e-5(f)(3), this case could have been brought in the United States District Court for the District of Columbia. In his Complaint, Plaintiff alleges that a substantial part of the events or omissions giving rise to his claims, and the alleged unlawful employment practices, occurred in Washington D.C. at the Company's storefront in which Plaintiff was employed.

3.      This action is hereby TRANSFERRED to the United States District Court for the District of Columbia pursuant to 28 U.S.C. §1406(a).

4.      Nothing in this Order, or the parties' Proposed Consent Order to Transfer Venue, shall be construed as a waiver of any legal or factual argument or position relating to this case.

5.      All current deadlines are VACATED.

6.      The Clerk of the Court is directed to transfer this case to the United States District Court for the District of Columbia forthwith. Each party bears its own costs.

Dated: 2/27/23

Paul A. Engelmayer
United States District Judge